| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC – SBN 72381 |
|   | WILLIAM B. REILLY – SBN 177550 |
| 3 | GRANT E. INGRAM – SBN 242785 |
|   | 1051 Divisadero Street |
| 4 | San Francisco, California 94115 |
|   | Telephone: (415) 561-8440 |
| 5 | Facsimile (415) 434-4303 |

OF COUNSEL:
**MOUND COTTON WOLLAN & GREENGRASS**
JEFFREY S. WEINSTEIN (admitted pro hac vice)
RENEE M. PLESSNER (admitted pro hac vice)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 804-4200
FACSIMILE: (212) 344-8066

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRY CREEK RANCHERIA BAND OF POMO INDIANS; RIVER ROCK ENTERTAINMENT AUTHORITY; AND RIVER ROCK CASINO, | Case No. 3:12-cv-04371-CRB |
| | **DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT NOVEMBER 8, 2013 CMC; ORDER** |
| Plaintiffs, | |
| v. | Date:       November 8, 2013 |
| LEXINGTON INSURANCE COMPANY, and DOES 1 through 25, inclusive, | Time:       8:30 a.m. |
| | Courtroom:  6 |
| Defendants. | Judge:       Hon. Charles R. Breyer |

Defendant respectfully requests that counsel of record Renee M. Plessner be allowed to appear telephonically at the November 8, 2013 Case Management Conference.

Another counsel of record for Defendant, Jeffrey S. Weinstein, will appear in person at the Conference and will be prepared to address all matters in the Case Management Conference Statement.

Ms. Plessner's telephone contact for the Conference is: **516-417-5730**

Dated: October 22, 2013

By:  */s/ Joseph M. Rimac*
JOSEPH M. RIMAC – SBN 72381
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 434-4303

OF COUNSEL:
Jeffrey Weinstein (pro hac vice)
Renee M. Plessner (pro hac vice)
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 804-4200
Facsimile (212) 344-8066

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

## ORDER

Ms. Renee Plessner can appear telephonically at the November 8, 2013 Case Management Conference.  Ms. Plessner's telephone contact for the Conference is: **516-417-5730.**

**IT IS SO ORDERED.**

Dated:  October 25, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

2
DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CMC