United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11    DRY CREEK,                                No. C-12-04371-CRB  (DMR)

12              Plaintiff(s),                    **NOTICE AND ORDER SETTING**
                                                 **HEARING ON JOINT DISCOVERY**
13         v.                                    **LETTER**

14    LEXINGTON INS. SO.,

15              Defendant(s).
      _____/
16

17    TO ALL PARTIES AND COUNSEL OF RECORD:

18         The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket

19    No. 37.]  You are hereby notified that a hearing regarding the dispute is set for **January 9, 2014 at**

20    **11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom

21    number and floor information, please check the Court's on-line calendar at

22    http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge

23    Ryu's calendar).

24         IT IS SO ORDERED.

25    Dated:  November 19, 2013

26                                              _____
                                                DONNA M. RYU
27                                              United States Magistrate Judge

28