United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRY CREEK,<br><br>           Plaintiff(s),<br><br>      v.<br><br>LEXINGTON INS. SO.,<br><br>           Defendant(s).<br>_____/ | No. C-12-04371-CRB  (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 37.] You are hereby notified that a hearing regarding the dispute is set for **January 9, 2014 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: November 19, 2013

_____
DONNA M. RYU
United States Magistrate Judge