1  **RIMAC MARTIN, P.C.**
2  JOSEPH M. RIMAC – SBN 72381
   WILLIAM B. REILLY – SBN 177550
3  GRANT E. INGRAM – SBN 242785
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone: (415) 561-8440
5  Facsimile (415) 434-4303

6  OF COUNSEL:
7  **MOUND COTTON WOLLAN & GREENGRASS**
   JEFFREY S. WEINSTEIN (admitted pro hac vice)
8  RENEE M. PLESSNER (admitted pro hac vice)
   One Battery Park Plaza
9  New York, New York 10004
   Telephone: (212) 804-4200
10 FACSIMILE: (212) 344-8066

11 Attorneys for Defendant
12 LEXINGTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRY CREEK RANCHERIA BAND OF POMO INDIANS; RIVER ROCK ENTERTAINMENT AUTHORITY; AND RIVER ROCK CASINO,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  3:12-cv-04371-CRB (DMR)<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT JANUARY 9, 2014 HEARING FOR JOINT DISCOVERY LETTER; ORDER (AS MODIFIED)**<br><br>Date:         January 9, 2014<br>Time:        11:00 a.m.<br>Courtroom:  4<br>Judge:       Hon. Donna M. Ryu |

Defendant LEXINGTON INSURANCE COMPANY respectfully requests that one of its attorneys be permitted to attend the January 9, 2014 hearing by telephone (Docket No. 37).  Defendant will have its local counsel appear in person, but is requesting that its New York counsel be permitted to attend by telephone.

Plaintiffs' counsel has stipulated to New York counsel's appearance by telephone.

Good cause exists for the appearance by telephone because defendant will have its local counsel appear in person, defendant's New York counsel can effectively assist in the hearing while appearing by telephone, the time and expense of traveling from New York to California will not have to be incurred by defendant or its New York counsel, and personal attendance by the New York counsel is not needed in order to have an effective hearing.

If the Court approves defendant's request, we will arrange for the appearance to be made via CourtCall, pursuant to Judge Ryu's standing order.

Dated: December 10, 2013

By:  */s/ Joseph M. Rimac*
JOSEPH M. RIMAC – SBN 72381
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 434-4303

OF COUNSEL:
Jeffrey Weinstein (pro hac vice)
Renee M. Plessner (pro hac vice)
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 804-4200
Facsimile (212) 344-8066

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

2
**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT JANUARY 9, 2014 HEARING FOR JOINT DISCOVERY LETTER; ORDER (AS MODIFIED)**
3:12-cv-04371 CRB (DMR)

**ORDER (AS MODIFIED)**

Defendant's New York counsel can appear telephonically at the January 9, 2014 hearing in Courtroom 4.  Defendant's New York counsel must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

**IT IS SO ORDERED.**

Dated:  December 11, 2013

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On December 12, 2013, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

*DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT JANUARY 9, 2014 HEARING FOR JOINT DISCOVERY LETTER; [PROPOSED] ORDER*

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on December 12, 2013 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | */s/ Robin Hale* |
|---|---|
| (Type or print name) | (Signature) |